

**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF OKLAHOMA

**FILED**
DEC 1 9 2022
Mark C. McCartt, Clerk
U.S. DISTRICT COURT

Christopher Phillips
_____
Plaintiff

vs. Vic Regaldo in his official Capacity of Sheriff of Tulsa County & Chaplin Bell
_____
Defendant(s)

Case Number: 22 CV - 551 GKF - SH
(To be supplied by Court Clerk)

| Current Location (including Address) of Confinement: 300 N Denver Tulsa Ok, 74103 | Prisoner Number: 1208461 |

## CIVIL RIGHTS COMPLAINT PURSUANT TO 42 U.S.C. § 1983

**A.  Parties**

1) Christopher Phillips (Plaintiff) is a citizen of Oklahoma (State) who presently resides at 300 N Denver Tulsa, ok 74103 (Mailing address or place of confinement).

2) Defendant Vic Regaldo (Name of first defendant) is a citizen of Tulsa, ok (City, State), and is employed as Elected Sheriff of Tulsa County (Position and title, if any).

At the time the claim(s) alleged in this complaint arose, was this defendant acting under the color of state law? [X] Yes  [ ] No

If your answer is yes, briefly explain: In charge of the Jail & Sheriff of Tulsa County

3) Defendant Chaplin Bell (Name of second defendant) is a citizen of Tulsa ok (City, State), and is employed as Chaplin for Tulsa Sheriffs office (Position and title, if any).

At the time the claim(s) alleged in this complaint arose, was this defendant acting under the color of state law? [X] Yes  [ ] No

If your answer is yes, briefly explain: Denied me my Kosher meals

Civil Rights Complaint Pursuant to 42 U.S.C. § 1983     1     PR-01 (07/08)

*[You may attach one additional page (8 ½" x 11") to furnish the above information for additional defendants.]*

**B.** **Jurisdiction**

1) Jurisdiction is asserted pursuant to: (Check one)

   ☐ 42 U.S.C. §1983 (applies to state prisoners)

   ☐ Bivens v Six Unknown Named Agents of Fed. Bureau of Narcotics 403 U.S. 388 (1971) and 28 U.S.C. §1331 (applies to fed. prisoners)

2) Jurisdiction also is invoked pursuant to 28 U.S.C. §1343(a)(3). (If you wish to assert jurisdiction under different or additional statutes, you may list them below.)

**C.** **Nature of Case**

1) Briefly state the background of your case. I am Muslim and I'm being denied my religious diet because I dont have a Imum to verify I'm muslim after effect being on the religious diet before.

**D.** **Cause of Action**

1) I allege that the following of my constitutional rights, privileges or immunities have been violated and that the following facts form the basis for my allegations: *[If necessary, you may attach up to two additional pages (8½" x 11") to explain any allegation or to list additional supporting facts.]*

   a) (1) Count I: Violation of RLUIPA

   (2) Supporting Facts: (Include all facts you consider important, including names of persons involved, places and dates. Describe exactly how each defendant is involved. State the facts clearly in your own words without citing legal authority or argument.)

   10-10-22 was taken off my religous meal for giving away my carrots & salad to other inmates on kosher. I am muslim

   b) (1) Count II: I was told personally by Chaplain Bell to reapply and I would get my meal back but he continues to deny me because I do not have an Imum to say I'm muslim

(2) Supporting Facts: (Include all facts you consider important, including names of persons involved, places and dates. Describe exactly how each defendant is involved. State the facts clearly in your own words without citing legal authority or argument.)

the Imam was not needed the first time but all of a sudden I's needed now after they took all muslims off in my pod

c) (1) Count III: violation of my 1st Amendment Right to freely Practice my Religon.

(2) Supporting Facts: (Include all facts you consider important, including names of persons involved, places and dates. Describe exactly how each defendant is involved. State the facts clearly in your own words without citing legal authority or argument.) they denied me my kosher meals.

E. **Request for Relief**

1) I believe that I am entitled to the following relief: $250,000 and my religous diet reinstated

_____    Chris Phipps
Original Signature of Attorney (if any)    Original Signature of Plaintiff

_____
_____
_____
Attorney's full address and telephone number

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares (or certifies, verifies, or states) under penalty of perjury that he/she is the plaintiff in the above action, that he/she has read the above complaint and that the information contained therein is true and correct.  28 U.S.C. §1746. 18 U.S.C. §1621.

Executed at  300 N denver tulsa, ok 74103  on  12-10-22 .
               (Location)                                     (Date)

_Christopher Phoenix_
(Original Signature of Plaintiff)

I am currently incarcerated under my birth name Charles Christopher Wheeler

Christopher Phillips 1265461
300 N Denver Ave
Tulsa OK 74103

B/C Postmark 12/16/22

22cv551-GKF-SH

United States District Court
333 West Fourth Street
Tulsa, OK 74103

FIRST-CLASS MAIL
neopost
12/15/2022
US POSTAGE $000.81⁰
ZIP 74103
041L12205338

RECEIVED
DEC 19 2022
Mark C. McCartt, Clerk
U.S. DISTRICT COURT